**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/02/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOSPITALITY INVESTORS TRUST, INC., <br><br> Plaintiff, <br><br> -against- <br><br> ALLIED WORLD ASSURANCE COMPANY (U.S.), INC; ARCH SPECIALTY INSURANCE COMPANY; ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY; INTERSTATE FIRE & CASUALTY COMPANY; STARR SURPLUS LINES INSURANCE COMPANY; WESTPORT INSURANCE CORPORATION; and ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendants. | Civil Action No. 22-cv-8781 <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> [Removed from the Supreme Court of the State of New York, New York County, Index No. 656885/2022] |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Hospitality Investors Trust, Inc. and Defendant Allied World Assurance Company (U.S.), Inc., having resolved the issues between and among them, each hereby dismiss, with prejudice, all claims and potential counterclaims between them in this action. Each party shall bear its own costs, expenses, and attorneys' fees incurred in connection with this action.

1

_____
Michael Levine
Hunton Andrews Kurth LLP
200 Park Avenue
New York, New York 10166
(212) 309-1170

Attorneys for Plaintiff
Hospitality Investors Trust, Inc.

_____
Deanna Manzo
Mound Cotton Wollan & Greengrass LLP
One New York Plaza
New York, New York 10004
(212) 804-4587

Attorneys for Defendant
Allied World Assurance Company (U.S.), Inc.

**SO ORDERED** this <u>2nd</u> day of <u>December</u>, 2022.

_____
Hon. Andrew L. Carter, Jr.
United States District Judge