MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/17/20023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOSPITALITY INVESTORS TRUST, INC.,

                                    Plaintiff,

              -against-

ALLIED WORLD ASSURANCE COMPANY (U.S.),
INC; ARCH SPECIALTY INSURANCE
COMPANY; ENDURANCE AMERICAN
SPECIALTY INSURANCE COMPANY;
INTERSTATE FIRE & CASUALTY COMPANY;
STARR SURPLUS LINES INSURANCE
COMPANY; WESTPORT INSURANCE
CORPORATION; and ZURICH AMERICAN
INSURANCE COMPANY,

                                    Defendants.

Civil Action No. 22-cv-8781

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

[Removed from the Supreme Court of the
State of New York, New York County,
Index No. 656885/2022]

          Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff

Hospitality Investors Trust, Inc. ("HIT") and Defendants Arch Specialty Insurance Company,

Endurance American Specialty Insurance Company, Interstate Fire & Casualty Company, Starr

Surplus Lines Insurance Company, Westport Insurance Corporation, and Zurich American

Insurance Company, hereby dismiss, with prejudice, all claims and potential counterclaims

concerning coverage for matters related to or arising from Covid-19 or related to Covid-19 under

the insurance policies at issue in this action[1], and all claims which would qualify as compulsory

counterclaims in this action under Fed. R. Civ. P. 13(a)(1).  Each party shall bear its own costs,

expenses, and attorneys' fees incurred in connection with this action.

---

[1]  The insurance policies at issue are: Arch Specialty Insurance Company (Policy No. PRP1000052-00); Endurance
American Specialty Insurance Company (Policy No. GPR10010408103); Interstate Fire & Casualty Company
(Policy No. RTX20008420); Starr Surplus Lines Insurance Company (Policy No. SLSTPTY11252120); Westport
Insurance Corporation (Policy No. NAP 2000266 05); and Zurich American Insurance Company (Policy No.
ERP3898176-00).

Michael Levine
Hunton Andrews Kurth LLP
200 Park Avenue
New York, NY 10166
212-309-1170
mlevine@huntonak.com

*Attorneys for Plaintiff*
*Hospitality Investors Trust, Inc.*

Seth Jackson
Zelle LLP
161 Worcester Road, Suite 502
Framingham, MA 01701
781-466-0726
sjackson@zellelaw.com

Matthew Gonzalez
Zelle LLP
45 Broadway, Suite 920
New York, NY 10006
646-876-4400
mgonzalez@zellelaw.com

*Attorneys for Defendant*
*Arch Specialty Insurance Company*

/s/William M. Cooney

William M. Cooney
Clyde & Co US LLP
405 Lexington Avenue
New York, NY 10174
212-710-3900

Robert Fisher
Clyde & Co US LLP
271 17th Street NW, Suite 1720
Atlanta, GA 30363
404-410-3153
robert.fisher@clydeco.us

*Attorneys for Defendant*
*Endurance American Specialty Insurance*
*Company*

Aidan M. McCormack
Robert Santoro
DLA Piper US LLP (NY)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
212-335-4500
Aidan.McCormack@us.dlapiper.com
Robert.Santoro@us.dlapiper.com

*Attorneys for Defendant*
*Westport Insurance Corporation*

Robert Santoro
DLA Piper US LLP (NY)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
212-335-4500
Robert.Santoro@us.dlapiper.com

Rob Hoffman
(*pro hac vice application to be filed*)
1900 N. Pearl St., Suite 2200
Dallas, Texas 75201
(214) 743-4500
Rob.Hoffman@us.dlapiper.com

*Attorneys for Defendant*
*Interstate Fire & Casualty Company*

Deanna M. Manzo
Mound Cotton Wollan & Greengrass LLP
One New York Plaza
New York, NY 10004
(212) 804-4587
dmanzo@moundcotton.com

*Attorney for Defendant, Starr Surplus*
*Lines Insurance Company*

Harold Watson
Chaffe McCall LLP
801 Travis Street, Suite 1910
Houston, TX 77002
713-546-9800
watson@chaffe.com

*Attorneys for Defendant*
*Starr Surplus Lines Insurance Company*

3

Charles Booth
Ford Marrin Esposito Witmeyer & Gleser, L.L.P.
Wall Street Plaza, 88 Pine Street
New York, NY 10005
212-269-4900
cbooth@fordmarrin.com

*Attorneys for Defendant*
*Zurich American Insurance Company*

**SO ORDERED** this __17__ day of ____February____, 2023.

The Clerk of Court is respectfully requested to close this case.

Hon. Andrew L. Carter, Jr.
United States District Judge

4